**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AL DARBI,<br><br>               Petitioner,<br><br>    v.<br><br>OBAMA, *et al.*,<br><br>               Respondents. | Civil Action No. 05-2371 (RCL) |

**ORDER**

Upon consideration of the Consent Motion for Extension of Time to File Reply Memorandum In Support of Petitioner's Motion to Compel Production of Exculpatory Information and Automatic Discovery, beyond that now required by the Order entered on September 25, 2009 [185], and without objection by Respondents, it is hereby

ORDERED that Petitioner's time to file his reply memorandum is continued until October 19, 2009.

SO ORDERED.

Date: _____10/6/2009_____          _____/s/_____

UNITED STATES DISTRICT JUDGE